```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
```
CATHERINE NORTON, individually and on
behalf of all others similarly situated,

               Plaintiff,                            JUDGMENT
                                                    21-cv-02343-DG-RER

   -against-

BANK OF AMERICA, N.A.,

               Defendant.
```
----------------------------------------------------------------X
```

       An Order of the Honorable Diane Gujarati, United States District Judge, having been filed on February 17, 2023, dismissing this case without prejudice, for failure to prosecute and to comply with Court orders; certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith; and denying *in forma pauperis* status for purposes of an appeal, *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962); it is

       ORDERED and ADJUDGED that this case is dismissed without prejudice, for failure to prosecute and to comply with Court orders; that pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and, that *in forma pauperis* status is denied for purposes of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

Dated: Brooklyn, New York                                      Brenna B. Mahoney
       February 21, 2023                                         Clerk of Court

                                                      By:    */s/Jalitza Poveda*
                                                                 Deputy Clerk